# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### Case No.: 1:20-cv-23002-RNS

| | |
|---|---|
| WINDY LUCIUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SOUTH FLORIDA STADIUM LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marcus R. Bach Armas, Esq. of South Florida Stadium LLC hereby enters his appearance as counsel for Defendant, SOUTH FLORIDA STADIUM LLC. Please furnish the undersigned counsel, Marcus R. Bach Armas, Esq., with copies of all orders, notices, pleadings, motions, and correspondence regarding this proceeding from this date forward.

Respectfully submitted this 22nd day of July, 2020.

*/s/ Marcus R. Bach Armas*
Marcus R. Bach Armas (FBN: 58169)
MBArmas@dolphins.com
347 Don Shula Dr.
Miami Gardens, FL 33056
Tel. 305-943-6720
Fax. 305-943-6822

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served this **22nd day of July, 2020**, by the Notice of Electronic Filing, and was electronically filed with the Clerk of the Court via the CM/ECF system, which generates a notice of the filing to all attorneys of record.

*/s/ Marcus R. Bach Armas*
Marcus R. Bach Armas